UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>              Plaintiff,<br>v.<br><br>SENSUS METERING SYSTEMS, INC.,<br><br>              Defendant. | § § § § § § § § § § | Civil Action No. _____<br><br>JURY TRIAL REQUESTED |

### CORPORATE DISCLOSURE STATEMENT OF EON CORP. IP HOLDINGS, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Eon Corp. IP Holdings, LLC hereby advises that its parent corporation is Eon Corporation. No publicly held corporation owns 10% or more of the stock of Eon Corp. IP Holdings, LLC.

DATED: March 13, 2009.

Respectfully submitted,

JACKSON WALKER LLP


 */s/ A.M. (Russ) Meyer, Jr.*_____
A.M. (Russ) Meyer, Jr. – Lead Counsel
Texas State Bar No. 13998700
John M. Jackson
Texas State Bar No. 24002340
Jeffrey P. Kitner
Texas State Bar No. 24032512
JACKSON WALKER, LLP
901 Main Street, Suite 6000
Dallas, TX 75202
[Tel.] (214) 953-6134
[Fax]: (214) 953-6613
email: rmeyer@jw.com

Daniel Scardino
Texas State Bar No. 24033165
Chris Johns
Texas State Bar No. 24044849
JACKSON WALKER, LLP
100 Congress Avenue, Suite 1100
Austin, Texas 78701
[Tel.] (512) 236-2000
[Fax] (512) 236-2002
email: dscardino@jw.com

/s/ *Deron R. Dacus*_____
Deron R. Dacus
Texas State Bar No. 00790553
Ramey & Flock, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
[Tel.] (903) 597-3301
[Fax] (903) 597-2413
email: derond@rameyflock.com

**ATTORNEYS FOR PLAINTIFF
EON CORP. IP HOLDINGS, LLC**

5416693v.1 131272/00004