UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | § | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, | § § § | Civil Action No. 6:09-cv-116 |
| Plaintiff, | § § | |
| v. | § § | JURY TRIAL REQUESTED |
| SENSUS METERING SYSTEMS, INC, et al | § § | |
| Defendants. | § § | |

**PLAINTIFF EON CORP. IP HOLDINGS, LLC'S ANSWER TO THE COUNTERCLAIMS OF SENSUS METERING SYSTEMS, INC.**

Plaintiff and Counterdefendant EON Corp. IP Holdings, LLC ("EON") files this answer to Defendant Sensus Metering Systems, Inc.'s ("Sensus") Counterclaims Against EON Corp. IP Holdings, LLC.

EON answers the counterclaims of Sensus as follows:

20. The numbering of Sensus' allegations in its Counterclaim begin at 20. Therefore, EON follows the numbering system used by Sensus. EON admits Paragraph 20.

21. EON admits it is a limited liability corporation organized under the laws of the State of Texas, but asserts that its principal place of business is 719 W. Front Street, Suite 108, Tyler, Texas 75702.

22. EON admits paragraph 22.

23. Paragraph 23 calls for a legal conclusion and therefore requires no response.

24. Paragraph 24 calls for a legal conclusion and therefore requires no response.

**PLAINTIFF EON CORP. IP HOLDINGS, LLC'S ANSWER TO THE COUNTERCLAIMS OF SENSUS METERING SYSTEMS, INC. – PAGE** 1

25.     EON denies Paragraph 25 to the extent already indicated in its answers to the allegations regarding the counterclaims of Sensus.

26.     EON denies Paragraph 26.

27.     EON admits that a real and justiciable controversy exists between EON and Sensus, but otherwise denies Paragraph 27.

28.     EON denies Paragraph 28 to the extent already indicated in its answers to the allegations regarding the counterclaims of Sensus.

29.     EON denies Paragraph 29.

30.     EON admits that a real and justiciable controversy exists between EON and Sensus, but otherwise denies Paragraph 30.

36.     The numbering of Sensus' allegations in its Counterclaim jumps from 30 to 36. Therefore, EON follows the numbering system used by Sensus.  EON admits the allegation that this case is exceptional under 35 U.S.C. § 285 such that the Sensus should be required to pay the costs of this action (including all disbursements) as well as attorneys' fees.  EON denies that this case is exceptional under 35 U.S.C. § 285 such that Sensus should recover costs and/or attorneys' fees from EON.

37.     EON denies that Sensus is entitled to any of the relief sought in its Prayer for Relief as to its Counterclaim or to any relief whatsoever.

Dated: July 2, 2009.

Respectfully submitted,

/s/ Jeffrey P. Kitner
A.M. (Russ) Meyer, Jr.
Texas State Bar No. 13998700
John M. Jackson
Texas State Bar No. 24002340
Jeffrey P. Kitner
Texas State Bar No. 24032512
JACKSON WALKER, LLP
901 Main Street, Suite 6000
Dallas, TX 75202
[Tel.]: (214) 953-6134
[Fax]: (214) 953-6613
email: rmeyer@jw.com

Daniel Scardino
Texas State Bar No. 24033165
JACKSON WALKER, LLP
100 Congress Avenue, Suite 1100
Austin, Texas 78701
[Tel.]: (512) 236-2000
[Fax]: (512) 236-2002
email: dscardino@jw.com

Deron R. Dacus
Texas State Bar No. 00790553
Ramey & Flock, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
[Tel.] (903) 597-3301
[Fax] (903) 597-2413
email: derond@rameyflock.com

**ATTORNEYS FOR PLAINTIFF
EON CORP. IP HOLDINGS, LLC**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document by the Court's CM/ECF system in accordance with Local Rule CV-5(a)(3) on this 2nd day of July, 2009. Any other counsel of record will be served by facsimile transmission.

/s/ Jeffrey P. Kitner