## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **EON CORP. IP HOLDINGS, LCC** | § | |
| | § | |
| **v.** | § | **NO. 6:09-CV-116-LED-JDL** |
| | § | |
| **SENSUS USA, INC., et al.,** | § | |

## ORDER

The Court held a pretrial hearing on February 17, 2011 and made the following rulings on the parties various motions *in limine*:

(A)    Plaintiff's Sealed Second Amended Motions *In Limine* (Doc. No. 395) (two motions *in limine* have been held in abeyance):

   (1)    Plaintiff's Selection of Defendants and Venue: **granted as agreed**

   (2)    Reference to Equitable Issue Reserved for the Court: **granted as instructed**

   (3)    Relative Importance of Claim Elements: **denied**

   (4)    Untimely or Improper Prior Art: **granted**

   (5)    Reference to patents referenced but not analyzed by Sensus experts as prior art under 35 U.S.C. §§ 102 or 103: **denied**

   (6)    Litigation Settlement Agreements: **decision deferred**

   (7)    Criticisms of the Patent Office or Its Employees: **granted**

   (8)    Reference to an Incorrect or Altered Obviousness Standard: **denied**

   (9)    Reference to Fee Arrangements: **granted as agreed**

   (10)    Infringer's Patent as a Defense to Infringement: **granted as agreed**

   (11)    Any Reference to Any Prior Defendants, Claims, Causes of Action, or Forms of Relief Asserted by Plaintiff in this Lawsuit that have been Dismissed or Abandoned: **decision deferred**

   (12)    Surprise or Untimely Expert Opinions: **granted**

(B)    Sensus USA Inc.'s Omnibus Motion *In Limine* (Doc. No. 379):

    (1)    Information, opinion, evidence, testimony or elicitation of testimony relating to EON's indirect infringement allegations against Sensus beyond that identified in EON's Responses to Sensus' Interrogatory Nos. 4 & 5: **denied**

    (2)    Statement, argument, opinion, evidence, testimony or elicitation of testimony on future damages based on speculation: **withdrawn**

    (3)    Statement, argument, evidence or testimony relating to discovery disputes, motions for sanctions, or other pretrial motions or orders, with the exception of this Court's *Markman* ruling: **granted as agreed**

    (4)    Any of EON's use (designation or counter-designation) of the deposition testimony from the case in *EON Corp. IP Holdings, LLC v. Verizon Clinton Ctr. Drive Corp.*, No. 6:08-cv-385 (E.D. Tex. filed Sept. 29, 2008) ("the *Verizon* case"): **denied as instructed**

    (5)    Any testimony, evidence, or argument concerning U.S. Patent Application No. 2006/0242323 A1 ("patent application") or any patent issuing therefrom: **denied**

    (6)    Any expert testimony from Gil Dinkins, Fernando Moralas-Garza or Alfonso Barragan: **granted as agreed**

    (7)    Any opinion testimony at trial that an expert did not disclose in his expert report or at deposition, including the specific testimony identified: **denied**

    (8)    Any testimony, evidence, or argument contrary to the Court's claim constructions: **granted as agreed**

    (9)    Any reference to, statement, argument, opinion, evidence, testimony or elicitation of testimony regarding the "presumption of validity" for art that was not considered by the PTO: The Court deferred ruling at the hearing. The Court hereby **denies** the motion.

(C)    Defendant Bell Industries, Inc.'s Motions *In Limine* (Doc. No. 391):

    (1)    EON may not rely on documents that are unauthenticated and constitute hearsay: **denied**

    (2)    EON may not rely on testimony from other litigation because it is inadmissible hearsay: **denied**

    (3)    EON may not rely on documents that it failed to produce until after serving its trial exhibit list: **denied**

(4)    EON's infringement case against Bell should be limited to the original infringement contentions it served on October 9, 2009: **denied**

(D)    Sensus USA Inc.'s Emergency Motion *In Limine* Regarding The EON-Iceberg Discussions (Doc. No. 406): **granted as agreed**

(E)    Plaintiff's Amended Motions *In Limine* (Doc. No. 385) are **denied as moot**, in light of Plaintiff's second amended motions *in limine*.

**So ORDERED and SIGNED this 22nd day of February, 2011.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

3