IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **EON CORP. IP HOLDINGS, LCC** | § | |
| | § | |
| v. | § | NO. 6:09-CV-116-JDL |
| | § | |
| **SENSUS USA, INC., et al.,** | § | |

## ORDER

Before the Court is Defendant Bell Industries, Inc.'s ("Bell") Motion for Sanctions Against EON Corp., IP Holdings, LLC (Doc. No. 437), Bell's Supplemental Brief (Doc. No. 441) and Plaintiff EON Corp.'s response (Doc. No. 442). After careful consideration of the parties' submissions, the Court hereby **DENIES** Bell's motion. However, to the extent any of these documents remain in dispute by time of the pretrial hearing scheduled for April 28, 2011, Bell may re-urge exclusion at that hearing.

**So ORDERED and SIGNED this 4th day of April, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1